IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WORKSPORT, LTD.

    Plaintiff

v.

ZAKAR, LLC                    Case No.: 1:20-cv-02711-ELH

    Defendant

*Approved*
*ELH*
*USDJ*
*10/28/20*

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, WORKSPORT, LTD., through its undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice, against the Defendant ZAKAR, LLC.

Respectfully submitted,

*/s/ Matheau J. W. Stout*
Matheau J. W. Stout (28054)
201 International Circle, Suite 230
Hunt Valley, Maryland 21030
(410) 429-7076 Tel

*Attorney for Plaintiff*